UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cr-00047 SNLJ |
| ) | |
| ANTWAN DAVIS, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before the Court on Defendant's Motion to Suppress Evidence [Doc. 27] and Motion to Compel [Doc. 28], in this supervised release revocation case, filed on January 20, 2025.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on December 12, 2025 [Doc. 30].  Objections to the Report and Recommendation were due on December 29, 2025, and none were filed.

The Magistrate Judge recommends that the Defendant's Motion to Suppress Evidence be denied and that the Defendant's Motion to Compel be found moot.  After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation, as it applies to this case only.  In particular, this Court agrees that this Exclusionary Rule does not apply to suppress evidence in a supervised release case.  However, this Court declines to decide whether the suppression of evidence was otherwise required under the Fourth Amendment.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 30], filed December 12, 2025, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [Doc. 27] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel [Doc. 28] is **DENIED as moot**.

Dated this 7th day of January, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE